# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 23-11119
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Steven Hockin,

*Defendant—Appellant*.

―――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:23-CR-8-1

―――――――――――――――――――

Before Smith, Stewart, and Duncan, *Circuit Judges.*

Per Curiam:[*]

Steven Hockin appeals his 18 U.S.C. § 922(g)(1) conviction, asserting that the statute of his conviction is facially unconstitutional under the Second Amendment pursuant to the holding in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). The Government has filed an opposed

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-11119

motion for summary affirmance, or alternatively, for an extension of time in which to file a brief.

The Government is correct that Hockin's challenge is foreclosed, *see United States v. Diaz*, 116 F.4th 458 (5th Cir. 2024), *petition for cert. filed* (U.S. Feb. 18, 2025) (No. 24-6625), but, because the issues are contested, summary affirmance is not appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).   However, *Diaz* is clearly dispositive, and, therefore, we affirm the district court's judgment without further briefing. *See United States v. Bailey*, 924 F.3d 1289, 1289-90 (5th Cir. 2019).

The motion for summary affirmance is DENIED, the alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.